# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| AMERICAN UNITED LIFE INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-09-3537 |
| TIMOTHY AND MORELA KERLEY, | § § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

In accordance with the plaintiff's stipulation of dismissal, (Docket Entry No. 8), this action is dismissed with prejudice.

SIGNED on April 12, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge